IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-mj-00453-WCM  **SEALED**

IN RE APPLICATION OF THE UNITED )
STATES OF AMERICA FOR A )
CRIMINAL COMPLAINT AND AN )
ARREST WARRANT FOR CHIRAG )
TOMAR )
)
)

## MOTION TO SEAL CRIMINAL COMPLAINT, ARREST WARRANT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Arrest Warrant, the Motion to Seal, and this Order in the above-entitled action be sealed, until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest Warrant, the Motion to Seal, and this Order in the above-entitled matter be **SEALED** until further order of this Court.

**SO ORDERED** this 20th day of December, 2023.

Signed: December 20, 2023

_W. Carleton Metcalf_
W. Carleton Metcalf
United States Magistrate Judge