# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-mj-00453-WCM |
| | ) | |
| | ) | |
| | ) | |
| Chirag Tomar | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 22, 2020 through the present   in the county of   MECHLENBURG   in the   WESTERN   District of   NORTH CAROLINA  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | WIRE FRAUD CONSPIRACY |
| 18 U.S.C. § 1956(h) | MONEY LAUNDERING CONSPIRACY |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

/s/ Michael S. Hackney
*Complainant's signature*

Michael S. Hackney USSS/SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by telephone.

Signed: December 20, 2023

Date:  12/20/2023

W. Carleton Metcalf
United States Magistrate Judge

City and state:   Asheville, North Carolina   The Hon. W. Carleton Metcalf, US Magistrate Judge
*Printed name and title*